# In the Southern District of Florida Palm Beach

## Case 9:13 CV 80876

In the Southern District of Florida

Kinetics Funds Distributors LLC

   Plaintiff

vs

Thomas Claus as trustee of Helvetia Trust

Jerry Ostry as trustee of AAA Group International Trust

Joshua Cohen as trustee of RT Capital Trust

   Defendants

## MOTION TO DISMISS

NOW COMES Defendants, in receipt by third parties, never having been served properly, but in any event responding in kind, duly note that a complaint was filed at FINRA arbitration in Boca Raton FLORIDA. The captioning by Plaintiff is skewed, awry and not in line with named litigants in the FINRA Matter, and, pursuant to Federal rules of Civil Procedure, this complaint on its face MUST BE dismissed. Request an immediate ruling or hearing in Palm Beach before

Judge Matthewman herewith.    Also for future and final hearings, request jury trial for any evidentiary hearing forthcoming.

Defendant captioning was improper, did not match and therefore must be dismissed therewith at once.   This is pursuant to FINRA rules of procedure and Federal Rules of Civil Procedure.

*[signature]*

Jerry OSTRY

125 S state rd 7 104150

Wellington, FL 33414

561-379-8608

cc: Elaine M. Rice, Email: erice@wiandlaw.com

cc: Lisa Lasher, FINRA REP. by e mail

cc: Steve Encaoua, FINRA Case Administrator, Email: FL-Main@finra.org

cc: *[handwritten, illegible]*