# In the Southern District of Florida Palm Beach

## Case 9:13 CV 80876

FILED by

SEP 4

STEVE
CLERK
S.D.

In the Southern District of Florida

Kinetics Funds Distributors LLC

    Plaintiff

vs

Thomas Claus as trustee of Helvetia Trust

Jerry Ostry as trustee of AAA Group International Trust

Joshua Cohen as trustee of RT Capital Trust

    Defendants

## MOTION FOR DISCOVERY

## DEPOSITIONS and INTERROGATORIES AT ONCE

=====================================================

NOW COMES Defendants, in receipt by third parties, never having been served properly, but in any event responding in kind, duly note that a complaint was filed at FINRA arbitration in Boca Raton FLORIDA.   Defendants prior to any evidentiary hearing and pursuant to Federal Rules of Civil procedure will need immediately to gain access to discovery to wit:

FACTS: A Brian Callahan, a disbarred Finra Member for life, did contract with affiliates and with entities associated and or wholly owned by Kinetics Horizon et al. The problem is that Kinetics Funds Distributorship LLC, is a new entity, established in 2011, as an antecedent of the other Kinetics and Horizon entities. Callahan signed illegal documents with the master account holder of Kinetics mssgrs Doyle and Bregman, thus breaching and breaking securities laws and norms. A number of "moves" with mergers, acquisitions, re incorporations, new corporations followed suit, ostensibly to confuse and beguile and frustrate any future litigant who wished to file against these entities.

Therefore, due to this confusion, Defendants need time to figure out who is who since the various legal entities may or may not still be in business, or may have been bought out or may be partially or fully owned by KFD LLC et al. The question is that discovery needs to be done prior to any further "fact finding trials". For instance, we request

1. Any and all E mails to and from Bregman and Doyle to KFD LLC et al, as well as any and all e mails going the other way.
2. Documents of incorporation, internal e mails and merger and acquisition documents and any and all documents concerning these "mergers" and what Callahan had played in all of this, as well as any and all e mails, documents, and internal memos and e mails to and from Callahan and by and between Kinetics Horizon and its predecessors, as well as the KFD LLC, which is admittedly the slave marketing organization to Kinetics Horizon, thus any documents to and from kinetics Horizon will shed light on how when and where these accounts were opened up, and how, if KFD LLC is in fact a slave to its master organizaiton, how then did Doyle and

Bregman sign paperwork with Callahan when he was already a known fraudster thief and accomplished forger.

Jerry OSTRY for DEFENDANTS

125 S state rd 7 104150

Wellington, FL 33414

561-379-8608

cc: Elaine M. Rice, Email: erice@wiandlaw.com

cc: Lisa Lasher, FINRA REP. by e mail

cc: Steve Encaoua, FINRA Case Administrator, Email: FL-Main@finra.org

filed in West Palm BeachFlorida at Federal Court clerks

HR + HEVVETIA TRUSTS

3