IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KINETICS FUNDS DISTRIBUTOR LLC,

Plaintiff,

v.                                                    Case No. 9:13-cv-80876

THOMAS CLAUS, as Trustee of the Helvetia
Trust, JERRY OSTRY, as Trustee of the AAA
Group International Trust, and JOSHUA COHEN,
as Trustee of the RT Capital Trust,

Defendants.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AND ENTRY OF PERMANENT INJUNCTION

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, Kinetics Funds

Distributor LLC ("KFD LLC") formerly known as Kinetics Funds Distributor, Inc., and

Defendants Thomas Claus, as Trustee of the Helvetia Trust, and Jerry Ostry, as Trustee of the

AAA Group International Trust (collectively, "Defendants") (KFD LLC and Defendants shall be

collectively referred to as the "Parties") as follows:

1.      Defendants will agree to dismiss, with prejudice, their claims against all named

respondents in the arbitration styled *Helvetia Trust by and thru Thomas Claus, et al. v. Kinetics*

*Funds Distributor, Inc., et al.* and further identified by FINRA Case No. 13-01290 (the

"Arbitration");

2.      The Parties stipulate and agree to the issuance of a permanent injunction

precluding Defendants and their respective trusts from commencing any further FINRA

arbitrations against KFD LLC, Kinetics Fund Distributors, Inc., Horizon Kinetics LLC, Steven

Bregman, Peter Brendan Doyle, and/or any of their parents, affiliates, successors, predecessors,

agents, officers, directors, employees or representatives pertaining to the subject matter of the Arbitration;

3.      Upon the dismissal of the Arbitration and entry of a permanent injunction, since all matters heretofore in controversy between the Parties will have been fully settled, compromised and resolved, any remaining claims between the Parties shall be hereby dismissed with prejudice;

4.      The Parties stipulate and agree that each party shall bear its own costs and attorney's fees.

**For Plaintiff, Kinetics Funds Distributor LLC, formerly known as Kinetics Funds Distributor, Inc.**

Dated this 16th day of September.

s/ Elaine M. Rice
Burton W. Wiand (Fl. Bar No.407690)
Elaine M. Rice (Fl. Bar No. 549975)
Jordan D. Maglich (Fl. Bar No.86106)
WIAND GUERRA KING P.L.
5505 W. Gray Street
Tampa, Florida 33609
Telephone: (813) 347.5100
Facsimile: (813) 347.5199
ATTORNEYS FOR PLAINTIFF
KINETICS FUNDS DISTRIBUTOR LLC

**For Defendant Thomas Claus, as Trustee**
**of the Helvetia Trust:**

Dated this 16th day of September.

_____
Thomas Claus, as Trustee of the Helvetia Trust

**For Defendant Jerry Ostry, as Trustee**
**of the AAA Group International Trust:**

Dated this 16th day of September.

s/Jerry Ostry
_____
Jerry Ostry, as Trustee of the AAA Group International Trust

3