**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

KINETICS FUNDS DISTRIBUTOR LLC,

     Plaintiff,

v.                                                                               Case No. 9:13-cv-80876

THOMAS CLAUS, as Trustee of the Helvetia
Trust, JERRY OSTRY, as Trustee of the AAA
Group International Trust, and JOSHUA COHEN,
as Trustee of the RT Capital Trust,

     Defendants.
_____)

**NOTICE OF DISMISSAL OF DEFENDANT JOSHUA COHEN,
AS TRUSTEE OF THE RT CAPITAL TRUST**

Plaintiff, Kinetics Funds Distributor LLC ("KFD LLC") formerly known as Kinetics Funds Distributor, Inc., by and through its undersigned counsel, files this Notice of Dismissal of Defendant Joshua Cohen, as Trustee of the RT Capital Trust, and states as follows:

1.     On September 17, 2013, Defendant Cohen notified FINRA that he was dismissing all of the claims asserted on behalf of the RT Capital Trust in the Arbitration against all respondents, including KFD LLC, with prejudice.

2.     In light of Defendant Cohen's dismissal with prejudice of all claims asserted by him in the FINRA Arbitration, KFD LLC hereby dismisses its claims against Cohen with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                                           /s/ Jordan D. Maglich
                                         Burton W. Wiand (Fl. Bar No.407690)
                                         bwiand@wiandlaw.com
                                         Elaine M. Rice (Fl. Bar No. 549975)
                                         erice@wiandlaw.com
                                         Jordan D. Maglich (Fl. Bar No.86106)
                                         jmaglich@wiandlaw.com

WIAND GUERRA KING P.L.
5505 W. Gray Street
Tampa, Florida  33609
Telephone: (813) 347.5100
Facsimile: (813) 347.5199
ATTORNEYS FOR PLAINTIFF
KINETICS FUNDS DISTRIBUTOR LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 18, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.


_/s/ Jordan D. Maglich_____
Attorney