**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

KINETICS FUNDS DISTRIBUTOR LLC,

      Plaintiff,

v.                                   Case No. 9:13-cv-80876

THOMAS CLAUS, as Trustee of the Helvetia
Trust, JERRY OSTRY, as Trustee of the AAA
Group International Trust, and JOSHUA COHEN,
as Trustee of the RT Capital Trust,

      Defendants.

_____/

## <u>MEMORANDUM ORDER</u>

This matter is before the Court on Plaintiff Kinetics Funds Distributor LLC's ("KFD LLC") Unopposed Motion for Entry of Consent Judgment and Permanent Injunction (the "Motion") (Dkt. _24_ ). On September 16, 2013, a Stipulation for Dismissal With Prejudice and Entry of Permanent Injunction (the "Stipulation") was filed, with KFD LLC and Defendants Thomas Claus, as Trustee of the Helvetia Trust ("Claus") and Jerry Ostry, as Trustee of the AAA Group International Trust ("Ostry") (Claus, Ostry, and KFD LLC are hereby collectively referred to as the "Parties") stipulating that Defendants Claus and Ostry would dismiss, <u>with prejudice</u>, their claims asserted in the arbitration styled *Helvetia Trust by and thru Thomas Claus, et al. v. Kinetics Funds Distributor, Inc., et al.* and further identified by FINRA Case No. 13-01290 (the "Arbitration"). (Dkt. 21).

The Stipulation further provided that, upon dismissal of the Arbitration, a permanent injunction would issue precluding Defendants Claus and Ostry and their respective trusts from commencing any further FINRA arbitrations against KFD LLC, Kinetics Funds Distributor, Inc., Horizon Kinetics LLC, Steven Bregman, Peter Brendan Doyle, and/or any of their parents,

affiliates, successors, predecessors, agents, officers, directors, employees or representatives pertaining to the subject matter of the Arbitration.

The Court finds the Motion and Stipulation well-taken. Pursuant to the Stipulation, and for good cause shown, the Court hereby enters the following Consent Judgment and Permanent Injunction:

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

1. This Court has jurisdiction over each of the parties in this action and over the subject matter at issue. The Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction. Venue is proper in this Court.

2. The parties agree that no issues of fact remain to be tried by a jury and further stipulated and agreed to the issuance of this Consent Judgment and Permanent Injunction.

3. Defendants Thomas Claus and Jerry Ostry, as well as the Helvetia Trust and AAA Group International Trust, are permanently restrained and enjoined from pursuing claims against KFD LLC, Kinetics Funds Distributor, Inc., Horizon Kinetics LLC, Steven Bregman, and Peter Brendan Doyle in the FINRA Arbitration styled *Helvetia Trust by and thru Thomas Claus, et al. v. Kinetics Funds Distributor, Inc., et al.* and further identified by FINRA Case No. 13-01290, or any FINRA arbitration proceeding relating to the subject matter of the claims asserted by Defendants in the Arbitration.

4. All claims and defenses in this action are hereby resolved by this Stipulated Consent Judgment and Permanent Injunction.

5. The Parties agree that this Consent Judgment and Permanent Injunction is final and may not be appealed by either party.

6. The parties shall bear their own fees and costs for this action.

7. The Clerk shall close the case and all pending motions are denied as moot.

**IT IS SO ORDERED.**

Dated: September 20, 2013.                    BY THE COURT:


_____
**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**